UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-3796-MWF(KSx)**                    Dated: September 21, 2017

Title:        Star Fabrics, Inc. -*v*- S.Y.L.K., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                    None Present
Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT
                                  JUDGMENT

        In light of the Default By Clerk entered on September 20, 2017, the Court sets a
hearing for Order To Show Cause Re Default Judgment for **October 23, 2017 at 11:30 a.m.**
*If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated,
and the Order To Show Cause discharged.*

        IT IS SO ORDERED.